**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Luis Sandoval Morales,
Petitioner,

v.

Eric Rokosky,
Respondent.

No. CV-26-05222-PHX-SPL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondent states: "At this time, Respondents do not oppose Petitioner's request for a bond hearing pursuant to 1226(a)." (Doc. 6.) However, in the Petition, Petitioner explicitly requested only release from custody and did not request a bond hearing or custody redetermination. (Doc. 1 at 3, 6.) Because Respondent failed to address the merits of the Petition or Petitioner's requested relief, Respondent has waived any challenge to the merits or Petitioner's release from custody. *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, NO. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. County.*

*of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as described herein.

(2) Respondent must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondent must provide a notice of compliance within **two days** of Petitioner's release.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 3rd day of August, 2026.

Honorable Steven P. Logan
United States District Judge